LAWRENCE G. BROWN
Acting United States Attorney
DEANNA L. MARTINEZ
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $5,475.00 IN U.S. CURRENCY, and<br><br>APPROXIMATELY $3,200.00 IN U.S. CURRENCY,<br><br>Defendants. | 1:09-CV-00306-AWI-SMS<br><br>**FINAL JUDGMENT OF FORFEITURE** |

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, the Court finds:

1. This is a civil forfeiture action against defendants approximately $5,475.00 in U.S. Currency and approximately $3,200.00 in U.S. Currency (hereafter collectively "defendant currency").

2. A Verified Complaint for Forfeiture *In Rem* was filed on February 18, 2009, seeking the forfeiture of the defendant currency, alleging said currency is subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6) because the defendant currency constitutes moneys or other things of value furnished or intended to be furnished in exchange for a controlled substance or listed chemical, all proceeds traceable to such an exchange and/or was used or intended to be used to facilitate one or more violations of 21 U.S.C. § 841 *et seq*.

1   3.   On February 20, 2009, in accordance with said Complaint, a Warrant For Arrest of
2 Articles *In Rem* for the defendant currency was issued and duly executed on March 3, 2009.

3   4.   Beginning on April 15, 2009, for at least 30 consecutive days, the United States
4 published notice of this action on the official internet government forfeiture site www.forfeiture.gov
5 as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset
6 Forfeiture Actions.  The Declaration of Publication was filed with the Court on May 18, 2009.

7   5.   In addition to the Public Notice of Arrest having been completed, actual notice was
8 personally served upon Rafael Bejar, Carlos Munoz, and Sandra Pierce.  To date, no parties have
9 filed claims, answers, or otherwise appeared in this matter, and the time for which any person or
10 entity may file a claim and answer has expired.

11   6.   The Clerk of the Court entered a Clerk's Certificate of Entry of Default against Sandra
12 Pierce on May 21, 2009.  Pursuant to Local Rule A-540, the United States and Potential Claimants
13 Rafael Bejar and Carlos Munoz thus join in a request that as part of this Final Judgment of Forfeiture
14 in this case the Court enter a default judgment against the interests, if any, of Sandra Pierce.

15   7.   Potential Claimants Rafael Bejar and Carlos Munoz represent and warrant that they
16 are the sole owners of the defendant currency.

17   Based on the above findings, and the files and records of the Court, it is hereby

18   ORDERED AND ADJUDGED:

19   1.   The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and
20 between the parties to this action.

21   2.   Judgment is hereby entered against Rafael Bejar, Carlos Munoz, Sandra Pierce, and
22 all other potential claimants who have not filed claims in this action.

23   3.   Upon entry of a Final Judgment of Forfeiture, $4,475.00 of the defendant
24 approximately $5,475.00 in U.S. Currency, together with any interest that may have accrued on the
25 full amount of the defendant approximately $5,475.00 in U.S. Currency, and $2,200.00 in U.S.
26 Currency of the defendant approximately $3,200.00 in U.S. Currency, together with any interest that
27 may have accrued on that full amount, shall be forfeited to the United States pursuant to 21 U.S.C.
28

§ 881(a)(6) to be disposed of according to law.

4. Within 45 days of entry of a Final Judgment of Forfeiture herein, $1,000.00 of the defendant approximately $5,475.00 in U.S. Currency and $1,000.00 of the defendant $3,200.00 in U.S. Currency, shall be returned to Potential Claimants Rafael Bejar and Carlos Munoz through their attorney, Mark A. Broughton at 2014 Tulare Street, Suite 300, Fresno, California 93721.

5. Plaintiff United States of America and its servants, agents, and employees, and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the arrest, seizure, or forfeiture of the defendant currency. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said arrest, seizure, or forfeiture, as well as to those now known or disclosed. The parties waive the provisions of California Civil Code § 1542.

6. There was reasonable cause for the seizure and arrest of the defendant currency, and the Court may enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

7. All parties shall bear their own costs and attorneys' fees.

### CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed February 18, 2009, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure and arrest of the defendant currency.

IT IS SO ORDERED.

**Dated:   June 17, 2009**                             **/s/ Anthony W. Ishii**
                                                    CHIEF UNITED STATES DISTRICT JUDGE